**SOKOL, BEHOT & FIORENZO**
433 Hackensack Avenue
Hackensack, New Jersey 07601
(201) 488-1300
Attorneys for Plaintiff

| | |
|---|---|
| BODY CARE GROUP | : UNITED STATES DISTRICT COURT<br>: DISTRICT OF NEW JERSEY |
| Plaintiff, | : Civil Action No. 03-3338(KSH) |
| vs. | : CIVIL ACTON |
| WAL-MART STORES, INC., | : **STIPULATION OF DISMISSAL** |
| Defendant. | **WITH PREJUDICE** |

This matter having been amicably resolved, it is hereby stipulated by counsel for Plaintiff, Body Care Group, and counsel for Defendant, Wal-Mart Stores, Inc., that the above-captioned action is dismissed with prejudice and without costs.

Dated: December 1, 2005

_____
By: Richard D. Millet, Esq.
RICHARD D. MILLET &
ASSOCIATES
Attorneys for Defendant

_____
By: Joseph B. Fiorenzo, Esq.
SOKOL, BEHOT & FIORENZO
Attorneys for Plaintiff